Victor **MARTINEZ, Plaintiff—Appellant,**

v.

**BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT, Employees; et al., Defendants—Appellees.**

No. 06–56494.

United States Court of Appeals, Ninth Circuit.

Submitted Feb. 18, 2009.*

Filed March 5, 2009.

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Victor Martinez, Los Angeles, CA, pro se.

Before: BEEZER, FERNANDEZ, and W. FLETCHER, Circuit Judges.

### MEMORANDUM **

Victor Martinez, formerly a detainee of the Bureau of Immigration and Customs Enforcement, appeals pro se from the district court's order dismissing as frivolous his action pursuant to *Bivens v. Six Unknown Named Federal Narcotics Agents*, 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971). We have jurisdiction under 28 U.S.C. § 1291. We review for abuse of discretion a district court's dismissal of a complaint as frivolous, *Martin v. Sias*, 88 F.3d 774, 775 (9th Cir.1996) (order), and we affirm.

The district court did not abuse its discretion when it dismissed Martinez's complaint as frivolous because it repeated previously litigated claims. *See* 28 U.S.C. § 1915(e)(2)(B)(i) (requiring dismissal of a frivolous complaint filed in forma pauperis); *Cato v. United States*, 70 F.3d 1103, 1105 n. 2 (9th Cir.1995). Martinez already brought, and voluntarily dismissed, the same claims presented in the instant action in *Martinez v. Dep't of Homeland Sec., et al.*, S.D. Cal. Civil Case No. 04cv1377 JM (JMA) and *Martinez v. Dep't of Homeland Sec., et al.*, S.D. Cal. Civil Case No. 04cv1795 LAB (JMA). *See Commercial Space Mgmt. Co., Inc. v. Boeing Co., Inc.*, 193 F.3d 1074, 1076 (9th Cir.1999) (under Fed.R.Civ.P. 41(a)(1), "a voluntary dismissal of a second action operates as a dismissal on the merits if the plaintiff has previously dismissed an action involving the same claims.").

**AFFIRMED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

